*E-FILED 01-18-2011*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJ KUMARI SHARMA and KARTARI LAL SHARMA, <br><br> Plaintiffs, <br> v. <br><br> WACHOVIA, DOES 1-10, <br><br> Defendants. | No. C10-04548 HRL <br><br> **ORDER DENYING AS MOOT DEFENDANT'S MOTION TO DISMISS AND MOTION TO STRIKE** <br><br> [Re: Docket Nos. 25, 26] |

Before the court are defendant's motion to dismiss the complaint and motion to strike.[1] Plaintiffs timely exercised their right to amend their pleading once, as a matter of course. FED. R. CIV. P. 15(a)(1). Accordingly, defendant's motions are denied as moot, and the January 25, 2011 motion hearing is vacated.

SO ORDERED.

Dated: January 18, 2011

HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

---

[1] All parties have expressly consented that all proceedings in this matter may be heard and finally adjudicated by the undersigned. 28 U.S.C. § 636(c); FED. R. CIV. P. 73.

5:10-cv-04548-HRL Notice has been electronically mailed to:

Ali Nehme     nehme29@sbcglobal.net

Frederick James Hickman     fhickman@afrct.com, caguilar@afrct.com, dpandy@afrct.com, jashley@afrct.com, npeters@afrct.com

Michael Rapkine     mrapkine@afrct.com, bcruz@afrct.com, caguilar@afrct.com, mflewelling@afrct.com, npeters@afrct.com, wsloane@afrct.com

Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.