**United States District Court**
For the Northern District of California

\*E-FILED 03-29-2011\*

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAJ KUMARI SHARMA and KARTARI LAL SHARMA,<br><br>    Plaintiffs,<br>  v.<br><br>WACHOVIA, DOES 1-10,<br><br>    Defendants.<br>_____/ | No. C10-04548 HRL<br><br>**ORDER VACATING MOTION HEARINGS** |

Defendant's motion to dismiss and motion to strike the amended complaint are deemed appropriate for determination without oral argument, and the April 5, 2011 motion hearings are vacated.  CIV. L.R. 7-1(b).

SO ORDERED.

Dated:   March 29, 2011

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

1  5:10-cv-04548-HRL Notice has been electronically mailed to:

2  Ali Nehme    nehme29@sbcglobal.net

3  Frederick James Hickman    fhickman@afrct.com, caguilar@afrct.com, dpandy@afrct.com, jashley@afrct.com, npeters@afrct.com

5  Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.