Ali Nehme SBN 236360
Attorney At Law
P.O.Box 22278
Telephone No.: 415-254-8235
Fax:           888-522-2957

Attorney for Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA

*E-FILED 04-08-2011*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| RAJ KUMARI SHARMA and KARTARI LAL SHARMA<br><br>　　　　　Plaintiffs,<br><br>　　vs.<br><br>WACHOVIA BANK, DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 5:10-cv-04548-HRL<br>**ORDER GRANTING JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:　　April 19, 2011<br>Time:　　1: 30 p.m.<br>Ctrm:　　2<br>Judge:　 Hon. Howard R. Lloyd<br><br>**[Re: Docket No. 42]** |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1

This Stipulation is entered into between Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA("Defendant"), by their undersigned counsel.

WHEREAS, a Case Management Conference is currently scheduled for Tuesday, April 19, 2011, at 1:30 p.m.

WHEREAS, Defendants filed a Motion to Dismiss and Motion to Strike Plaintiffs' Complaint on January 19, 2011.

WHEREAS, Plaintiffs filed an Opposition to the Motion to Dismiss and an Opposition to Defendant's Motion for Strike, on February 5, 2011.

WHEREAS,  no ruling on the motions having been issued,

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for April 19, 2011, and reschedule it for July 19, 2011, after pleadings are set, or at a later date convenient for the Court.

Respectfully Submitted

Dated:     April 7, 2011                              ANGLIN, FLEWELLING, RASMUSSEN
                                                      CAMPBELL&TRYTTEN LLP


                                                      By: /s/ Fred Hickman_____
                                                              Fred Hickman
                                                      Attorney for Defendant
                                                      WACHOVIA MORTGAGE ,a division of WELLS FARGO, N.A., successor through merger of Wachovia Mortgage, FSB, formerly known as World Savings Bank, FSB

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

2

Dated:   April 7, 2011                    **LAW OFFICES OF DEBORAH J. PIMENTEL**

                                          By: /s/ Ali Nehme_____
                                                 Ali Nehme
                                           Attorneys for Plaintiffs
                                          RAJ KUMARI SHARMA and
                                          KARTARI LAL SHARMA

---

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

3

~~[PROPOSED]~~ ORDER

Having reviewed the Stipulation of Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA ("Defendant"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until July 19, 2011 at 1:30 p.m. The parties shall file a joint status report no later than July 12, 2011.

Dated: April 8, 2011

Hon. Howard R. Lloyd
United States Magistrate Judge