Ali Nehme SBN 236360　　　　　　　　　　*E-FILED 07-01-2011*
Attorney At Law
P.O.Box 22278
Telephone No.: 415-254-8235
Fax:　　　　888-522-2957

Attorney for Plaintiffs
RAJ KUMARI SHARMA
and KARTARI LAL SHARMA

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| RAJ KUMARI SHARMA and KARTARI LAL SHARMA<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WACHOVIA BANK, DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No. 5:10-cv-04548-HRL<br><br>[~~PROPOSED~~] **ORDER ON JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE**<br><br>Date:　　　July 19, 2011<br>Time:　　　1: 30 p.m.<br>Ctrm:　　　2<br>Judge:　　Hon. Howard R. Lloyd<br><br>**[Re: Docket No. 44]** |

　　This Stipulation is entered into between Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A. erroneously sued as Wachovia Bank, N.A. ("Defendant"), by their undersigned counsel.

　　WHEREAS, a Case Management Conference is currently scheduled for Tuesday, July 19, 2011, at 1:30 p.m.

───────────────────────────────1───────────────────────────────

WHEREAS, Defendants filed a Motion to Dismiss and Motion to Strike Plaintiffs' Second Amended Complaint on January 19, 2011.

WHEREAS, Plaintiffs filed an Opposition to the Motion to Dismiss and an Opposition to Defendant's Motion for Strike, on February 5, 2011.

WHEREAS, the Court took the matter under submission on March 29, no ruling on the motions having been issued, and they are under submission.

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for July 19, 2011, and reschedule it for September 20, 2011, after pleadings are set, or at a later date convenient for the Court.

Respectfully Submitted

Dated:    June 27, 2011            ANGLIN, FLEWELLING, RASMUSSEN
                                   CAMPBELL&TRYTTEN LLP

                                   By: /s/ Fred Hickman_____
                                        Fred Hickman
                                   Attorney for Defendant
                                   WACHOVIA MORTGAGE ,a division of WELLS FARGO, N.A.,


Dated:    June 27, 2011            **LAW OFFICES OF DEBORAH J. PIMENTEL**

                                   By: /s/ Ali Nehme_____
                                        Ali Nehme
                                   Attorneys for Plaintiffs
                                   RAJ KUMARI SHARMA and
                                   KARTARI LAL SHARMA

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Ali Nehme, attest that concurrence in the filing of this document has been obtained from each of the signatories. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this day, June 27, 2011.

                                   /s/ Ali Nehme_____
                                   Ali Nehme

_____2_____

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

–

## [PROPOSED] ORDER

Having reviewed the Stipulation of Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA ("Defendant"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until September 20, 2011 at 1:30 p.m.  The parties shall file a joint status report no later than September 13, 2011.

Dated:  July 1, 2011                                         _____
                                                            United States Magistrate Judge
                                                            Howard R. Lloyd