Ali Nehme SBN 236360  *E-FILED 08-29-2011*
Attorney At Law
P.O.Box 22278
Telephone No.: 415-254-8235
Fax:          888-522-2957

Attorney for Plaintiffs
RAJ KUMARI SHARMA
and KARTARI LAL SHARMA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| RAJ KUMARI SHARMA and KARTARI LAL SHARMA<br><br>            Plaintiffs,<br><br>      vs.<br><br>WACHOVIA BANK, DOES 1-10, Inclusive,<br><br>            Defendants. | Case No. 5:10-cv-04548-HRL<br><br>[PROPOSED] ORDER ON JOINT STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE<br><br>Date:    September 20 , 2011<br>Time:    1: 30 p.m.<br>Ctrm:    2<br>Judge:   Hon. Howard R. Lloyd<br><br>[Re:  Docket No. 47] |

    This Stipulation is entered into between Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA MORTGAGE, a division of Wells Fargo Bank, N.A. erroneously sued as Wachovia Bank, N.A. ("Defendant"), by their undersigned counsel.

    WHEREAS, a Case Management Conference is currently scheduled for September 20, 2011, at 1:30 p.m.

---
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

1

WHEREAS, Defendants Motion to Dismiss has been granted on August 26, 2011 with Plaintiffs given 14 days to amend.

WHEREAS, Plaintiffs intend to file an amended complaint within 14 days from the date of the Court's Order.

WHEREAS, Defendants intend to file a Motion to Dismiss in response to Plaintiffs' Amended Complaint.

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective counsel of record, hereby agree and request this Court to vacate the Case Management Conference currently scheduled for September 20, 2011, and rescheduled it for December 6, 2011, after pleadings are set, or at a later date convenient for the Court.

Respectfully Submitted

Dated:   August 26, 2011              ANGLIN, FLEWELLING, RASMUSSEN
                                      CAMPBELL&TRYTTEN LLP


                                      By: /s/ Fred Hickman_____
                                              Fred Hickman
                                      Attorney for Defendant
                                      WACHOVIA MORTGAGE ,a division of WELLS FARGO, N.A.,


Dated:   August 26, 2011              **LAW OFFICES OF DEBORAH J. PIMENTEL**


                                      By: /s/ Ali Nehme_____
                                              Ali Nehme
                                       Attorneys for Plaintiffs
                                       RAJ KUMARI SHARMA and
                                       KARTARI LAL SHARMA

ATTESTATION PURSUANT TO GENERAL ORDER 45

I, Ali Nehme, attest that concurrence in the filing of this document has been obtained from each of the signatories.  I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this day, August 26, 2011.

                                      /s/ Ali Nehme_____
_____
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE

## [PROPOSED] ORDER

Having reviewed the Stipulation of Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA ("Defendant"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until December 6, 2011 at 1:30 p.m.  The parties shall file a joint status report no later than November 29, 2011.

Dated: August 29, 2011

United States Magistrate Judge
Howard R. Lloyd

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE