*E-FILED 11-18-2011*

1  Ali Nehme SBN 236360
   Attorney At Law
2  P.O. Box 22278
   Telephone No.: 415-254-8235
3  Fax:          888-522-2957

4

5  Attorney for Plaintiffs RAJ KUMARI
   SHARMA and KARTARI LAL SHARMA

6

7  Fred J. Hickman (#124406)
   E. Christine Hehir (#201969)
8     chehir@afrct.com
   ANGLIN, FLEWELLING, RASMUSSEN,
9     CAMPBELL & TRYTTEN LLP
   199 S. Los Robles Avenue, Suite 600
10 Pasadena, California  91101-2459
   Tel: (626) 535-1900
11 Fax: (626) 577-7764

12
   Attorneys for Defendant,
13 WACHOVIA MORTGAGE, a division of
   WELLS FARGO BANK, N.A., as successor
14 through merger of Wachovia Mortgage,
   FSB, formerly known as World Savings
15 Bank, FSB

16

17

18             IN THE UNITED STATES DISTRICT COURT

       FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION
19

20 RAJ KUMARI SHARMA and          ) Case No. 5:10-cv-04548-HRL
   KARTARI LAL SHARMA             )  ORDER GRANTING
21              Plaintiffs,       ) JOINT STIPULATION REQUESTING
                                  ) CONTINUANCE OF CASE
22      vs.                       ) MANAGEMENT CONFERENCE
                                  )
23 WACHOVIA BANK, DOES 1-10,      )
   Inclusive,                     ) Date:   December 6, 2011
24                                ) Time:  1: 30 p.m.
               Defendants.        ) Ctrm:  2
25                                ) Judge:    Hon. Howard  R. Lloyd
                                  )
26                                )
                                  )  [Re:  Docket No. 56]
27                                )
                                  )
28 _____    )

This Stipulation is entered into between Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA("Defendant"), by their undersigned counsel.

WHEREAS, a Case Management Conference is currently scheduled for Tuesday, December 6, 2011, at 1:30 p.m.

WHEREAS, Defendant filed a Motion to Dismiss and Motion to Strike Plaintiffs' Second Amended Complaint on October 28, 2011.

WHEREAS, Plaintiffs filed an Opposition to the Motion to Dismiss and an Opposition to Defendant's Motion for Strike, on November 10, 2011.

WHEREAS, a hearing on the Defendant's motions is on calendar for December 13, 2011 and no ruling on the motions having been issued.

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

WHEREAS, no parties waive rights by this stipulation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

CASE NO.:  5:10-cv-04548-HRL
JOINT STIPULATION TO REQUESTING CONTINUANCE
OF CASE MANAGEMENT CONFERENCE

NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective

counsel of record, hereby agree and request this Court to vacate the Case Management

Conference currently scheduled for December 6, 2011, and reschedule it for February 7, 2012,

after pleadings are set, or at a later date convenient for the Court.

Respectfully Submitted

Dated:    November 16, 2011                    ANGLIN, FLEWELLING, RASMUSSEN
                                               CAMPBELL &TRYTTEN LLP


                                               By: /s/ E. Christine Hehir
                                                   E. Christine Hehir
                                               Attorney for Defendant
                                               WACHOVIA MORTGAGE ,a division of
                                               WELLS FARGO, N.A., successor through
                                               merger of Wachovia Mortgage, FSB,
                                               formerly known as World Savings Bank,
                                               FSB

Dated:    November 16, 2011                    ALI NEHME, ATTORNEY AT LAW


                                               By: /s/ Ali Nehme
                                                   Ali Nehme
                                               Attorneys for Plaintiffs
                                               RAJ KUMARI SHARMA and
                                               KARTARI LAL SHARMA


ATTESTATION PURSUANT TO GENERAL ORDER 45

I Ali Nehme attest that concurrence in the filing of this document has been obtained from

each signatories.  I declare under penalty of perjury under the laws of the United States of

America that the foregoing is true and correct.  Executed this day of November 16, 2011.

                                               /s/ Ali Nehme
                                               Ali Nehme

1

2

### [PROPOSED] ORDER

3

     Having reviewed the Stipulation of Plaintiffs RAJ KUMARI SHARMA and KARTARI

4

LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA ("Defendant"), and good cause

5

appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until

6

February 7, 2012 at 1:30 p.m.  The parties shall file a joint status report no later than January 31,

7

2012.

8

9

10

11

Dated: __November 18, 2011__

12

                                                         _____
Honorable Howard R. Lloyd
United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CASE NO.:  5:10-cv-04548-HRL
JOINT STIPULATION TO REQUESTING CONTINUANCE
OF CASE MANAGEMENT CONFERENCE