*E-FILED 11-18-2011*

1

Ali Nehme SBN 236360
Attorney At Law
P.O. Box 22278
Telephone No.: 415-254-8235
Fax:            888-522-2957

Attorney for Plaintiffs RAJ KUMARI
SHARMA and KARTARI LAL SHARMA

Fred J. Hickman (#124406)
E. Christine Hehir (#201969)
   chehir@afrct.com
ANGLIN, FLEWELLING, RASMUSSEN,
   CAMPBELL & TRYTTEN LLP
199 S. Los Robles Avenue, Suite 600
Pasadena, California  91101-2459
Tel: (626) 535-1900
Fax: (626) 577-7764

Attorneys for Defendant,
WACHOVIA MORTGAGE, a division of
WELLS FARGO BANK, N.A., as successor
through merger of Wachovia Mortgage,
FSB, formerly known as World Savings
Bank, FSB

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA-SAN JOSE DIVISION

| | |
|---|---|
| RAJ KUMARI SHARMA and KARTARI LAL SHARMA<br><br>          Plaintiffs,<br><br>vs.<br><br>WACHOVIA BANK, DOES 1-10, Inclusive,<br><br>          Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 5:10-cv-04548-HRL<br> **ORDER GRANTING<br>JOINT STIPULATION REQUESTING<br>CONTINUANCE OF CASE<br>MANAGEMENT CONFERENCE**<br><br>Date:   December 6, 2011<br>Time:  1: 30 p.m.<br>Ctrm:  2<br>Judge:      Hon. Howard  R. Lloyd<br><br> **[Re:   Docket No. 56]** |

This Stipulation is entered into between Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA("Defendant"), by their undersigned counsel.

WHEREAS, a Case Management Conference is currently scheduled for Tuesday, December 6, 2011, at 1:30 p.m.

WHEREAS, Defendant filed a Motion to Dismiss and Motion to Strike Plaintiffs' Second Amended Complaint on October 28, 2011.

WHEREAS, Plaintiffs filed an Opposition to the Motion to Dismiss and an Opposition to Defendant's Motion for Strike, on November 10, 2011.

WHEREAS, a hearing on the Defendant's motions is on calendar for December 13, 2011 and no ruling on the motions having been issued.

WHEREAS, the pleadings are not yet set to allow for a productive Rule 26(f) conference.

WHEREAS, no parties waive rights by this stipulation.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    NOW, THEREFORE, Plaintiffs and Defendant, by and through their respective

2 counsel of record, hereby agree and request this Court to vacate the Case Management

3 Conference currently scheduled for December 6, 2011, and reschedule it for February 7, 2012,

4 after pleadings are set, or at a later date convenient for the Court.

5                                          Respectfully Submitted

6

7 Dated:    November 16, 2011              ANGLIN, FLEWELLING, RASMUSSEN
                                            CAMPBELL &TRYTTEN LLP
8

9                                          By: /s/ E. Christine Hehir

10                                            E. Christine Hehir
                                           Attorney for Defendant
11                                         WACHOVIA MORTGAGE ,a division of
                                           WELLS FARGO, N.A., successor through
12                                         merger of Wachovia Mortgage, FSB,
                                           formerly known as World Savings Bank,
13                                         FSB

14 Dated:    November 16, 2011             ALI NEHME, ATTORNEY AT LAW

15

16                                         By: /s/ Ali Nehme

17                                            Ali Nehme
                                           Attorneys for Plaintiffs
18                                         RAJ KUMARI SHARMA and
                                           KARTARI LAL SHARMA

19

20            ATTESTATION PURSUANT TO GENERAL ORDER 45

21    I Ali Nehme attest that concurrence in the filing of this document has been obtained from

22 each signatories.  I declare under penalty of perjury under the laws of the United States of

23 America that the foregoing is true and correct.  Executed this day of November 16, 2011.

24

25                                          /s/ Ali Nehme

26                                            Ali Nehme

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**[PROPOSED] ORDER**

Having reviewed the Stipulation of Plaintiffs RAJ KUMARI SHARMA and KARTARI LAL SHARMA ("Plaintiffs") and Defendant WACHOVIA ("Defendant"), and good cause appearing, IT IS ORDERED THAT the Case Management Conference shall be continued until February 7, 2012 at 1:30 p.m.  The parties shall file a joint status report no later than January 31, 2012.

Dated:   November 18, 2011

_____
Honorable Howard R. Lloyd
United States Magistrate Judge

CASE NO.:  5:10-cv-04548-HRL
JOINT STIPULATION TO REQUESTING CONTINUANCE
OF CASE MANAGEMENT CONFERENCE